In the Matter of the Claim of SAMUEL FOSTER, Respondent, against FRED L. BAUBE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of JAMES ROSEMOND and Another, Citizens of the State of New York, Complainants, Respondants, against FELIX CORSCADDEN and Others, as the Board of Elections of the County of Albany, Defendants, Impleaded with PHILIP MORRISEY, Appellant.— Order reversed, as a matter of law, and not in the exercise of discretion, and motion denied, without costs, on the ground that the justice had no authority to make the order, the defect complained of being jurisdictional, and the statute * requiring the verification being mandatory; and on the authority of *Matter of Swarthout* (76 Misc. 24); *Matter of Murphy* (189 App. Div. 135), and *Matter of King* (155 id. 720). Van Kirk, P. J., Hinman, Whitmyer and Hasbrouck, JJ., concur; Davis, J., dissents and votes for affirmance.

In the Matter of the Claim of JOSEPH CORIGLIANO, Respondent, against INTERNATIONAL DRUGGIST SUPPLY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. (See *Matter of Beekman* v. *Brodie, Inc., ante,* p. 204, decided herewith.) Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

FOURTH DEPARTMENT, MARCH, 1928.

In the Matter of the Probate of the Last Will and Testament of JOSEPH ANNA, Deceased.

Appeal from a decree of the Surrogate's Court of Oneida county, entered in the office of said Surrogate's Court on May 4, 1927.

PER CURIAM. The testimony given by Edith Roberts and Joseph Anna in the action of *Roberts* v. *Anna* should have been received as it bore on the relation of the decedent and proponent at the time the evidence was given. However, even considering this testimony as a part of the case, we think the determination of the learned surrogate was right. Other errors occur in the rulings on the evidence but taken all together, they are not sufficiently serious to warrant a reversal. All concur, except Clark, J., who dissents and votes for reversal. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ. Decree affirmed, with costs. Certain excluded evidence admitted.